## UNITED STATES of America, Plaintiff–Appellee,

v.

## Nemesio PEREZ–MONDRAGON, also known as Nemisio Peres–Mondragon, also known as Nemisio Peres Mondregon, also known as Nemisio Perez Mondragon, also known as Miguel Perez, also known as Miguel Mondregon, also known as Nemisio Perez–Mondragon, Defendant–Appellant.

### No. 04–50262.
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 18, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

Appealing the Judgment in a Criminal Case, Nemesio Perez–Mondragon concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.